UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **KYLE KIMBALL, ET AL** | **CIVIL DOCKET NO. 1:20-cv-01166** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **SUMMIT TREESTANDS LLC** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## JUDGMENT

This matter came before the court for a jury trial commencing May 9, 2022, and concluding May 12, 2022, with the jury returning a verdict. All parties were present and represented throughout the proceedings.

With the jury having found that the plaintiffs, Kyle and Santana Kimball, failed to prove by a preponderance of the evidence that their Summit Viper SD 81120 climbing tree stand was unreasonable dangerous in design, the defect in design claim is DISMISSED WITH PREJUDICE.

Pursuant to the concession of plaintiffs in Footnote 1 of Document No. 43-1 and statements of counsel at the hearing on defendant, Summit Treestands, LLC's Motion for Summary Judgment, withdrawing all claims in First Amended Complaint except for the design defect claim and the derivative loss of consortium claim, those claims are hereby DISMISSED WITH PREJUDICE.

JUDGMENT READ, RENDERED AND SIGNED in Chambers on this 17th day of May, 2022.

_David C. Joseph_
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE